1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-7317
7        FAX: (415) 436-7234
         katherine.wawrzyniak@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,           ) No. CR 17-0301 JST
14                                      )
           Plaintiff,                   ) STIPULATION AND [PROPOSED]
15                                      ) ORDER CONTINUING MATTER AND
      v.                                ) EXCLUDING TIME UNDER THE
16                                      ) SPEEDY TRIAL ACT
   MANUEL JOHN DOVALA,                  )
17                                      ) Date: September 29, 2017 to November 3, 2017
           Defendant.                   ) Time: 9:30 a.m.
18                                      )

19                                  **STIPULATION**

20     The parties appeared before the Honorable Jon S. Tigar on September 29, 2017, for an initial

21  status conference. Defense counsel is still reviewing the discovery produced by the government, and

22  needs additional time to assess the case and review options with Mr. Dovala. The parties requested, and

23  the Court granted, a continuance until November 3, 2017. The parties also stipulated, and the Court

24  ordered, that time between September 29, 2017 and November 3, 2017, be excluded for effective

25  preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

26  //

27  //

28
    STIP. AND PROPOSED ORD. CONT. & EXCL. TIME UNDER S.T.A.
    CR 17-0301 JST                                1

The parties further stipulate, and ask the Court to find, that the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

DATED: October 4, 2017

BRIAN J. STRETCH
United States Attorney

/s/
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney

DATED: October 4, 2017

/s/
ADAM PENNELLA
Counsel for Defendant Manuel John Dovala

## [PROPOSED] ORDER

For the reasons stated, this matter is continued until November 3, 2017 at 9:30 a.m. The time between September 29, 2017, and November 3, 2017, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the continuance would deny the defendant's counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: October 6, 2017

HONORABLE JON S. TIGAR
United States District Judge

### Attestation of Filer

In addition to myself, the other signatory to this document is Adam Pennella. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: October 5, 2017

/s/
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney