1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7317
7       FAX: (415) 436-7234
        katherine.wawrzyniak@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-0301 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING MATTER AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| MARCOS ANTHONY HATCH and MANUEL JOHN DOVALA, | Date: November 3, 2017 to December 15, 2017 Time: 9:30 a.m. |
| Defendants. | |

**STIPULATION**

The parties appeared before the Honorable Jon S. Tigar on November 3, 2017, for a status conference. Defendant Hatch and the government believe they are close to reaching a negotiated resolution, and the Court set Hatch's change of plea for December 15, 2017 at 9:30 a.m. Counsel for defendant Dovala is still reviewing the discovery produced by the government, and needs additional time to assess the case. At Dovala's request, the Court set a further status conference as to Dovala for December 15, 2017, at 9:30 a.m. All parties stipulated, and the Court ordered, that time between November 3, 2017 and December 15, 2017, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties further stipulate, and ask the Court to find, that the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

DATED: November 3, 2017                     BRIAN J. STRETCH
                                            United States Attorney

                                            /s/
                                            KATHERINE L. WAWRZYNIAK
                                            Assistant United States Attorney

DATED: November 3, 2017                     /s/
                                            HARRIS B. TABACK
                                            Counsel for Defendant Marcos Anthony Hatch

DATED: November 7, 2017                     /s/
                                            ADAM PENNELLA
                                            Counsel for Defendant Manuel John Dovala

## [PROPOSED] ORDER

For the reasons stated, this matter is continued until December 15, 2017, at 9:30 a.m. The time between November 3, 2017 and December 15, 2017, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the continuance would deny the defendants' counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: November 7, 2017
                                            HONORABLE JON S. TIGAR
                                            United States District Judge

## Attestation of Filer

In addition to myself, the other signatories to this document are Harris B. Taback and Adam Pennella. I attest that I have their permission to enter conformed signatures on their behalf and to file the document.

DATED: November 7, 2017

/s/
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney