Wolf, Pennella & Stevens, LLP
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@wps-law.com

Counsel for Defendant
Manuel Dovala

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 17-301 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING |
| vs. | |
| MANUEL DOVALA, | |
| Defendant | |

The parties hereby stipulate and agree that the status hearing in this matter, currently set for December 15, 2017, be continued to January 26, 2018, and be calendared for either a change of plea or motion/trial setting date. Additional time in necessary to accommodate defense counsel's need to review discovery, research relevant Guidelines and other legal issues, and confer further with the defendant and the government. The parties will notify the Court in advance of the January 26th hearing if there will be a change of plea.

The parties further stipulate that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for effective preparation of counsel. The parties further stipulate, and ask the Court to find, that the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

**SO STIPULATED**:

Dated: December 11, 2017　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　Adam Pennella
　　　　　　　　　　　　　　　　　　　　　Counsel for Manuel Dovala

Dated: December 11, 2017
　　　　　　　　　　　　　　　　　　　　　BRIAN J. STRETCH
　　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY


　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　Katherine L. Wawrzyniak
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

## [PROPOSED] ORDER

For the reasons stated above, the Court continues the status hearing set for December 15, 2017 and resets the matter for a change of plea or motion/trial setting date for January 26, 2018 at 9:30 a.m. The Court further orders time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, for effective preparation of counsel. Failure to grant the continuance would deny the defendant's counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

**SO ORDERED.**

Dated: December 11, 2017　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Jon S. Tigar
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge