1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7317
7      FAX: (415) 436-7234
       katherine.wawrzyniak@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-0301 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING MATTER AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| MANUEL JOHN DOVALA, | |
| Defendant. | Date: January 26, 2018 to February 23, 2018 Time: 9:30 a.m. |

**STIPULATION**

The parties appeared before the Honorable Jon S. Tigar on January 26, 2018. Counsel for the government requested a trial date, and defense counsel requested a date for potential change of plea. Defense counsel is still reviewing materials from the government, and needs additional time to discuss the case with Mr. Dovala. The parties requested, and the Court granted, a continuance until February 23, 2018. The parties also stipulated, and the Court ordered, that time between January 26, 2018 and February 23, 2018, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

//

STIP. AND PROPOSED ORD. CONT. & EXCL. TIME UNDER S.T.A.
CR 17-0301 JST                           1

The parties further stipulate, and ask the Court to find, that the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

DATED: January 30, 2018

ALEX G. TSE
Acting United States Attorney

/s/
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney

DATED: January 30, 2018

/s/
ADAM PENNELLA
Counsel for Defendant Manuel John Dovala

Attestation of Filer

In addition to myself, the other signatory to this document is Adam Pennella. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: January 30, 2018

/s/
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney

**[PROPOSED] ORDER**

For the reasons stated, this matter is continued until February 23, 2018 at 9:30 a.m. The time between January 26, 2018, and February 23, 2018, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the continuance would deny the defendant's counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: January 30, 2018

HONORABLE JON S. TIGAR
United States District Judge

STIP. AND PROPOSED ORD. CONT. & EXCL. TIME UNDER S.T.A.
CR 17-0301 JST                      2