Wolf, Pennella & Stevens, LLP
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@wps-law.com

Counsel for Defendant
Manuel Dovala

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MANUEL DOVALA,<br><br>　　　　　Defendant | Case No.: CR 17-301 JST<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE HEARING |

　　　The parties hereby stipulate and agree that the change of plea hearing in this matter, currently set for February 23, 2018, be continued to March 9, 2018. The parties require additional time to finalize the terms of the plea agreement in this matter.

　　　The parties further stipulate that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for effective preparation of counsel. The parties further stipulate, and ask the Court to find, that the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

//

**SO STIPULATED**:

Dated: February 21, 2018

_____/s/_____
Adam Pennella
Counsel for Manuel Dovala

Dated: February 21, 2018

Alex G. Tse
Acting UNITED STATES ATTORNEY

_____/s/_____
Katherine L. Wawrzyniak
Assistant United States Attorney

## [PROPOSED] ORDER

For the reasons stated above, the Court continues the change of plea hearing from February 23, 2018 to March 9, 2018 at 9:30 a.m. The Court further orders time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, for effective preparation of counsel. Failure to grant the continuance would deny the defendant's counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

**IT IS SO ORDERED.**

Dated: February 22, 2018

_____
Honorable Jon S. Tigar
United States District Court Judge