Wolf, Pennella & Stevens, LLP
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@wps-law.com

Counsel for Defendant
Manuel Dovala

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MANUEL DOVALA,<br><br>　　　　　Defendant | Case No.: CR 17-301 JST<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |

　　　The parties hereby stipulate and agree that the sentencing hearing in this matter, currently set for August 17, 2018, be continued to September 7, 2018. The government is in trial on August 17, 2018 and defendant desires more time to settle his affairs before sentencing. September 7, 2018 is the next available date for the parties and Probation. Probation agrees to the requested date.

//

**SO STIPULATED**:

Dated: July 31, 2018                                              _____/s/_____
                                                                                    Adam Pennella
                                                                                    Counsel for Manuel Dovala


Dated: July 31, 2018
                                                                                    Alex G. Tse
                                                                                    Acting UNITED STATES ATTORNEY


                                                                                    _____/s/_____
                                                                                    Katherine L. Wawrzyniak
                                                                                    Assistant United States Attorney


## [PROPOSED] ORDER

For the reasons stated above, the Court continues the sentencing hearing from August 17, 2018 to September 7, 2018 at 9:30 a.m.

**SO ORDERED**


Dated:  July 31, 2018                                              _____
                                                                                    Honorable Jon S. Tigar
                                                                                    United States District Court Judge